Dismissed and Memorandum Opinion filed April 9, 2009








Dismissed
and Memorandum Opinion filed April 9, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00005-CV

____________

 

JUAN C. AGUILAR, Appellant

 

V.

 

HOLLY MICHELLE RAYMOND-AGUILAR, Appellee

 



 

On Appeal from the
246th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-57129

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 5, 2008.  On March 31, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and Boyce.